

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00482-CR

Vincent Jeffrey **SEARD**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. A21432
Honorable Albert D. Pattillo, III, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 24, 2024.

_____
Irene Rios, Justice